EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

E-FILED 8/11/2005

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS R. ALTON, ) | Case No.: C 03-05216 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL WITH** |
| ) | **PREJUDICE OF DEFENDANT OLIN** |
| v. ) | **CORPORATION BY PLAINTIFF** |
| ) | **DOUGLAS R. ALTON** |
| OLIN CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Douglas R. Alton and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiff Douglas R. Alton as to

2056709.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Douglas R. Alton - 1**

defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

        Respectfully submitted,

        ALEXANDER, HAWES & AUDET, LLP

        By: _____
          RICHARD D ALEXANDER, Cal. Bar #48432
          JEFFREY W/ RICKARD, Cal. Bar #125180
          RYAN M. HAGAN, Cal Bar #200850
          152 North Third Street, Suite 600
          San Jose, CA 95112
          Telephone: (408) 289-1776
          Facsimile: (408) 287-1776

        Attorneys for Plaintiff Douglas R. Alton

        HUSCH & EPPENBERGER, LLC

        By: /s/ Carol A. Rutter
          THOMAS M. CARNEY, admitted *pro hac vice*
          CAROL A. RUTTER, admitted *pro hac vice*
          190 Carondelet Plaza, Suite 600
          St. Louis, MO 63105-3441
          Telephone: (314) 480-1500
          Facsimile: (314) 480-1505

          RANDALL C. CREECH, Cal. Bar #65542
          CREECH, LIEBOW & KRAUS
          333 West San Carlos Street
          Suite 1600
          San Jose, CA 95110
          Telephone: (408) 993-9911
          Facsimile: (408) 993-1335

        Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS R. ALTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: C 03-05216 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF DOUGLAS R. ALTON** |

THIS MATTER coming on the motion of Plaintiff Douglas R. Alton and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Douglas R. Alton's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005　　　　　　　　　　/s/ Ronald M. Whyte

2056709.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Douglas R. Alton - 3**